# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CEDRIC EMERSON

NO. 2023 KW 0061

**MARCH 6, 2023**

---

In Re:   Cedric Emerson, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 38852.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** This is a court of review. Relator does not request mandamus relief or point to any specific ruling of the district court to consider. Insofar as relator complains about the contradictory hearing that the district court was instructed to hold, see this court's action in **State v. Emerson**, 2022-0316 (La. App. 1st Cir. 3/29/22), 2022 WL 912886 (unpublished).

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT